UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ELEANOR LAUDERDALE,<br>901 Northwest Drive<br>Silver Spring, Maryland 20901<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS F. SMALL,<br>200 Constitution Avenue, NW<br>Room # N-5422<br>Washington, DC 20210,<br><br>Defendant. | CASE NUMBER  1:06CV00955<br><br>JUDGE: Colleen Kollar-Kotelly<br><br>DECK TYPE: Personal Injury/Malpractice<br><br>DATE STAMP: 05/22/2006 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Douglas F. Small, through counsel, respectfully notifies the Court as follows:

1. Douglas F. Small is the defendant in the civil action styled <u>Eleanor Lauderdale v. Douglas F. Small</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 06-3695.

2. The above-entitled action was commenced on or about May 12, 2006, and served on Defendant on May 12, 2006. Copies of the Summons and Complaint, together with all notices, orders, and motions from the case, are attached hereto as Exhibit A.

3. At the time of the incidents alleged in the complaint, plaintiff and defendant were employees of the United States Department of Labor. *See* Exhibit A. The Complaint alleges that on May 1, 2006, Mr. Small assaulted Plaintiff when he put his fist in her face and screamed at her during a labor-management meeting on the premises of the Department of Labor.

1

4. Accordingly, Rudolph Contreras, Civil Division Chief, for the United States Attorney's Office for the District of Columbia, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. Small was acting within the scope of his office or employment at the time of the alleged incidents, pursuant to Mr. Contreras' delegated authority, *see* 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (to be codified at 28 C.F.R. § 15.4). *See* Exhibit B. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law, be substituted for Mr. Small in this action. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, and 1442 (a)(1), because this action is one in which the district court has original jurisdiction to resolve defenses based on federal law and because the action is against an employee of the Department of Labor, a federal agency, while he was acting under color of his office and within the scope of his office or employment.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1), 1446, and 2679(d).

Dated: May 22, 2006.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
jane.lyons@usdoj.gov