## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Eleanor Lauderdale  **Plaintiff**
901 Northwest Drive
Silver Spring, MD. 20901
vs.

Civil Action No. _____

Douglas F. Small
200 Constitution Ave., N.W.
Rm. #N-5422   **Defendants**
Washington, D.C. 20210

RECEIVED
Civil Clerk's Office
MAY 12 2006
Superior Court of the
District of C...

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

On May 1, 2006, the plaintiff had a labor-management meeting with defendant Douglas Small. At the conclusion of the meeting Mr. Small, while leaving the meeting room, yelled to the plaintiff that she had better do her homework before meeting with him again. Plaintiff responded as she was leaving the room behind him. Defendant turned around and came within a half foot of plaintiff's body. With his fist balled up, with an ink pen between his fingers, he put his fist in plaintiff's face, while screaming at her through clenched teeth. Plaintiff is a female, standing 5'2" tall; Defendant is a male, standing approximately 6'5" tall. Plaintiff was intimidated and feels threatened by him.

~~Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.~~

Phone: 202-21?-6941

DISTRICT OF COLUMBIA, ss

_Eleanor Lauderdale_, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

(Plaintiff / Agent)

Subscribed and sworn to before me this __12th__ day of _May_ 20_06_

(Notary Public/Deputy Clerk)

FILED
MAY 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT A

FORM CV-1013/Nov 00

06 0955

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Eleanor Lauderdale
_Plaintiff_

vs.

Douglas F. Small
_Defendant_

Civil Action No. _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Pro Se
Name of Plaintiff's Attorney

901 Northwest Drive
Address
Silver Spring, MD 20901
301-593-4853/202-219-6941
Telephone

By _____ Deputy Clerk

Date 5/15/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-SUM(a)

# Superior Court of the District of Columbia
## CIVIL DIVISION

Eleanor Lauderdale
Plaintiff

vs.

Douglas F. Small
Defendant

RECEIVED
Civil Clerk's Office
MAY 12 2006
Superior Court of the
District of Columbia
Washington, D.C.

No. _____

## MOTION - (Pro-Se)

MOTION OF: Eleanor Lauderdale for TRO
(State briefly what you want the Court to do) I want the Court to grant me an Order of Protection to demand that Mr. Small keep a distance of 25 feet away from me.

Printed name: Eleanor Lauderdale
Address: 901 Northwest Dr., Silver Spring, MD 20901

Signature: Eleanor Lauderdale
Home phone no. 301-593-4850
Business phone no. 202-219-6941

## CERTIFICATE OF SERVICE

On May 12, 2006, 2006, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Douglas F. Small
Address: 200 Constitution Ave. N.W., Rm. #5422
Washington, D.C. 20210

Signature: Eleanor Lauderdale

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Court should grant my motion because the evidence will establish that I am justified in seeking an Order of Protection to assure my safety because DoL Security has declined to do so.

Signature: Eleanor Lauderdale

Form CV-3050/Dec 10

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### OFFICE OF THE JUDGE IN CHAMBERS

TO: _Douglas F. Small_    CASE NO.: _06 CA 3695_

### NOTICE OF HEARING

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on _May 25, 2006_ (date), at _10:30_ (time) a.m./~~p.m.~~ at D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT    CANARY - PLAINTIFF    PINK - COURT FILE

FORM SO-2054/Jul. 93

# Superior Court of the District of Columbia
## CIVIL DIVISION

Eleanor Lauderdale
Plaintiff

vs.

Douglas F. Small
Defendant

RECEIVED
Civil Clerk's Office
MAY 12 2006
Superior Court of the
District of Columbia
Washington, D.C.

No. _____

## MOTION - (Pro-Se)

MOTION OF: Eleanor Lauderdale for TRO

(State briefly what you want the Court to do) I want the Court to grant me an Order of Protection to demand that Mr. Small keep a distance of 25 feet away from me.

Printed name: Eleanor Lauderdale

Signature: Eleanor Lauderdale

Address: 901 Northwest Dr., Silver Spring, MD 20901

Home phone no. 301-593-1850
Business phone no. 202-219-6941

## CERTIFICATE OF SERVICE

On May 12, 2006, 2006, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Douglas F. Small
Address: 200 Constitution Ave. N.W., Rm. #5422, Washington, D.C. 20210

Name:
Address:

Signature: Eleanor Lauderdale

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The Court should grant my motion because the evidence will establish that I am justified in seeking an Order of Protection to assure my safety because DoL Security has declined to do so.

Signature: Eleanor Lauderdale



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ELEANOR LAUDERDALE
Vs.
DOUGLAS F. SMALL

C.A. No.   2006 CA 003695 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge GERALD I FISHER
Date: May 12, 2006
Initial Conference: 9:30 am, Friday, September 01, 2006
Location: Courtroom A-50
515 5th Street N.W.
WASHINGTON, DC 20001

Caio.doc