UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR LAUDERDALE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS F. SMALL, )<br>)<br>Defendant. )<br>) | Civil Action No.: |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Eleanor Lauderdale v. Douglas F. Small</u>, No. 06-CA-3695 (Super Ct. DC), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Douglas F. Small was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

May 22, 2004.

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney
Chief, Civil Division

06 0955

EXHIBIT
B



**FILED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22nd__ day of __May__, 2006, a true and correct copy of the foregoing **NOTICE OF REMOVAL, with attachments, and NOTICE OF FILING OF REMOVAL** was served upon **pro se plaintiff** by first class United States mail, postage prepaid marked for delivery to:

ELEANOR LAUDERDALE
901 Northwest Drive
Silver Spring, MD 20901

_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney