UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELEANOR LAUDERDALE, | ) | |
| Plaintiff | ) | Civil Action No.: 06-0955 (CKK) |
| v. | ) | |
| DOUGLAS F. SMALL, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's motion to dismiss and plaintiff's motion for an order requiring Douglas F. Small to stay at least twenty-five feet away from her. Based on the entire record in this case, the Court finds that it lacks jurisdiction over this action as one for assault and that plaintiff has failed to show that a writ of mandamus would be appropriate under these circumstances. Accordingly, it is hereby

**ORDERED** that plaintiff's motion is **DENIED**, and it is further

**ORDERED** that defendant's motion to dismiss is **GRANTED** and this case is **DISMISSED**.

This is a final, appealable order.

_____                    _____
Date                                                                COLLEEN KOLLAR-KOTELLY
                                                                           United States District Judge

Copies to:

**Plaintiff By U.S. Mail:**
Eleanor Lauderdale
901 Northwest Drive
Silver Spring, Maryland 20901

**Defendant By ECF:**
Jane M. Lyons, Assistant U.S. Attorney
jane.lyons@usdoj.gov