UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR LAUDERDALE,<br>901 Northwest Drive<br>Silver Spring, Maryland 20901<br><br>        Plaintiff,<br><br>        v.<br><br>DOUGLAS F. SMALL,<br>200 Constitution Avenue, NW<br>Room # N-5422<br>Washington, DC 20210,<br><br>        Defendant. | Civil Action No.: 06-955 (CKK) |

**MOTION BY DEFENDANT UNITED STATES OF AMERICA
TO AMEND CASE CAPTION**

Pursuant to Fed. R. Civ. P. 25, federal defendant United States of America hereby moves the Court to amend the case caption in this matter to reflect the substitution of the United States for Douglas F. Small as the sole federal defendant in this action.

Good cause exists to grant this motion. Plaintiff named as defendant Douglas F. Small. Plaintiff seeks relief from Mr. Small arising out of an alleged assault. Concurrent with this motion, defendant is filing a certification pursuant to 28 U.S.C. § 2679 certifying that Mr. Small was acting within the scope of his employment as an employee of the United States at the time of the events alleged in the Complaint.

Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the United States under the provisions of [Title 28 of the United States Code]

and all references thereto, and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2).

In light of the foregoing, defendant requests that the Court amend the case caption in the above civil action to reflect substitution of the United States for Douglas F. Small as the defendant in this action. A proposed Order consistent with this Motion is attached.

Dated: July 3, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
jane.lyons@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I certify I caused copies of the foregoing **MOTION BY DEFENDANT UNITED STATES OF AMERICA TO AMEND CASE CAPTION** to be served by first class United States mail, postage prepaid, upon plaintiff at:

>Eleanor Lauderdale
>901 Northwest Drive
>Silver Spring, Maryland 20901

on this 3rd day of July, 2006.

                      /s/
                      JANE M. LYONS
                      Assistant United States Attorney
                      555 4th St. NW, Room E4822
                      Washington, D.C.  20530
                      (202) 514-7161
                      jane.lyons@usdoj.gov