UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELEANOR LAUDERDALE, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 06-955 (CKK) |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of defendant's motion to amend the case caption, any opposition thereto, and the entire record in this case, the Court finds that good cause exists for the relief sought in that the Court has been provided a certification pursuant to 28 U.S.C. § 2679 certifying that Mr. Small was acting within the scope of his employment as an employee of the United States at the time of the alleged assault described in the Complaint.  Substitution of the United States as the sole defendant is automatic by operation of law.  28 U.S.C. § 2679(d)(2). Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that the caption be amended to reflect the United States as the sole defendant in this case as reflected in the caption above.

_____                             _____
Date                                                                              UNITED STATES DISTRICT JUDGE

Copies to:

AUSA Jane M. Lyons (Through ECF)
jane.lyons@usdoj.gov

Plaintiff (Through U.S. Mail)
Eleanor Lauderdale
901 Northwest Drive
Silver Spring, Maryland 20901