UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELEANOR LAUDERDALE,

   Plaintiff,

   v.

DOUGLAS F. SMALL,

   Defendant.

Civil Action No. 06-955 (CKK)

**ORDER**
(July 10, 2006)

On July 3, 2006, Defendant filed [3] Defendant's Motion to Dismiss in the above-captioned case. Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the plaintiff that, per the briefing schedule agreed upon by the Parties during proceedings before the Court on the instant date, she must respond to Defendant's Motion to Dismiss no later than August 11, 2006. If the Plaintiff does not respond, the Court will treat the motion as conceded and dismiss the Complaint.

Accordingly, it is, this 10th day of July, 2006, hereby

ORDERED that Plaintiff must file a response with the Court to Defendant's Motion to Dismiss no later than August 11, 2006, or the Court will treat the Motion to Dismiss as conceded; it is also

ORDERED that Plaintiff also has until August 11, 2006, to file any response with the

Court to Defendant's [4] Motion to Amend Case Caption and [5] Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction; it is also

ORDERED that any Reply by Defendant must be filed with the Court by August 25, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge