UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELEANOR LAUDERDALE, | ) Case No.: 06-955 (CKK) |
| Plaintiff, | ) MOTION FOR EXTENSION TO FILE RESPONSE |
| vs. | ) |
| DOUGLAS SMALL, | ) |
| Defendant | ) |

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION BY DEFENDANT TO CHANGE CASE CAPTION

By motion dated July 3, 2006, Defendant moved to change the case caption in this action to caption the defendant as "the United States."

THEREAFTER, by ORDER dated July 10, 2006, the court ordered Plaintiff, not later than August 11, 2006, to respond to Defendant's Motion to amend the case caption in this civil action.

Pursuant to Rule 7 of the rules of the Federal District Court for the District of Columbia, the Plaintiff moves for an extension of time to file her responses to the Defendant's Motion to amend the case caption. The extension is necessitated by the following facts and circumstances:

(1) Counsel for the American Federation of Government Employees (AFGE) is recently engaged in the matter, and has advised plaintiff that additional time is required for thorough and complete treatment of the issues raised in the filing in order to allow for full responsive pleadings;

(2)   Counsel is unavailable for the period August 4-15, 2006, because of compelling business commitments not within counsel's control

(3)   The American Federation of Government Employees, Womens Rights and Fair Employment Practices legal counsel, has requested an opportunity to review and consider matters related to this case, and will be unavailable to assist Plaintiff until August 15, 2006.

WHEREFORE, Plaintiff seeks an extension until AUGUST 25, 2006, for the submission of her response to the Defendant's motion to amend the case caption to identify the Defendant as "the United States.".

Dated this 8th day of August, 2006 by

*Eleanor Lauderdale*
Eleanor Lauderdale
Pro se

# CERTIFICATE OF SERVICE

This is to certify that the attached Motion for Extension of Time was served this day, August 8, 2006, via U.S. Postal Service mail, on:

Jane M. Lyons
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room #E4822
Washington, D.C. 20001

*Eleanor Lauderdale*
Eleanor Lauderdale
*Pro Se*

Aug. 8, 2006
DATE