UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELEANOR LAUDERDALE, | ) Case No.: 06-955 (CKK) |
| Plaintiff, | ) MOTION FOR EXTENSION TO RESPOND ) TO DEFENDANT'S OPPOSITION TO ) GRANT OF RELIEF |
| vs. | ) |
| DOUGLAS SMALL, | ) |
| Defendant | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO REQUEST FOR RELIEF

On July 3, 2006, Defendant submitted to the court a Memorandum in Opposition to the Plaintiff's request for relief in this matter, seeking that the court deny the requested relief and dismiss the action filed by the Plaintiff.

THEREAFTER, by ORDER dated July 10, 2006, the court directed Plaintiff, not later than August 11, 2006, to respond to Defendant's Memorandum in Opposition, request for denial of remedy and motion to dismiss.

Pursuant to Rule 7 of the rules of the Federal District Court for the District of Columbia, the Plaintiff moves for an extension of time to file her responses to the "Opposition to Plaintiff's Motion for Preliminary Injunction." The extension is necessitated by the following facts and circumstances:

(1) Counsel for the American Federation of Government Employees (AFGE) is recently engaged in the matter, and has advised plaintiff that additional time is required for thorough and complete treatment of the issues raised in the Memorandum in Opposition in order to allow for full responsive pleadings;

(2) Counsel is unavailable for the period August 4-15, 2006, because of compelling business reasons not within counsel's control

(3) The American Federation of Government Employees, Womens Rights and Fair Employment Practices Committee and counsel, has requested an opportunity to review and consider matters related to this case, and will be unavailable to assist Plaintiff until August 15, 2006.

WHEREFORE, Plaintiff seeks an extension until AUGUST 25, 2006, for the submission of her response to the Defendant's Memorandum in Opposition, request for denial of relief, and dismissal of case.

Dated this 8th day of August, 2006 by

*Eleanor Lauderdale*
Eleanor Lauderdale
Pro se

# CERTIFICATE OF SERVICE

This is to certify that the attached Motion for Extension of Time was served this day, August 8, 2006, via U.S. Postal Service mail, on:

Jane M. Lyons
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room #E4822
Washington, D.C. 20001

*Eleanor Lauderdale*
Eleanor Lauderdale
*Pro Se*

Aug. 8, 2006
DATE