UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR LAUDERDALE, | ) CIVIL ACTION NO.: 06-955 (CKK) |
| Plaintiff, | ) MOTION FOR EXTENSION TO FILE RESPONSE |
| vs. | ) |
| DOUGLAS SMALL, | ) |
| Defendant | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

On July 3, 2006, Defendant moved to dismiss the captioned action based on claims related to subject matter jurisdiction and for failure to state a claim on which relief could be granted, citing to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure;

THEREAFTER, by ORDER dated July 10, 2006, the court directed Plaintiff, not later than August 11, 2006, to respond to Defendant's Motion to dismiss.

Pursuant to Rule 7 of the rules of the Federal District Court for the District of Columbia, the Plaintiff moves for an extension of time to file her responses to the dismissal Motion. The extension is necessitated by the following facts and circumstances:

(1) Counsel for the American Federation of Government Employees (AFGE) is recently engaged in the matter, and has advised plaintiff that additional time is required for thorough and complete treatment of the issues raised in the dispositive filing in order to allow for full responsive pleadings;

(2) Counsel is unavailable for the period August 4-15, 2006, because of compelling business commitments not within counsel's control

-1-

(3) The American Federation of Government Employees, Womens Rights and Fair Employment Practices, has requested an opportunity to review and consider matters related to this case, and will be unavailable to assist Plaintiff until August 15, 2006.

(4) On Monday, August 7, 2006, Plaintiff spoke with Jane Lyons, Assistant U.S. Attorney for District of Columbia who does NOT OPPOSE these motions to extend.

WHEREFORE, Plaintiff seeks an extension until AUGUST 25, 2006, for the submission of her response to the Defendant's motion to dismiss.

Dated this 8th day of August, 2006 by

*Eleanor Lauderdale*
Eleanor Lauderdale
Pro se

## CERTIFICATE OF SERVICE

This is to certify that the attached Motion for Extension of Time was served this day, August 8, 2006, via U.S. Postal Service mail, on:

Jane M. Lyons
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room #E4822
Washington, D.C. 20001

*Eleanor Lauderdale*
Eleanor Lauderdale
*Pro Se*

Aug. 8, 2006
DATE