UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR LAUDERDALE, | ) |
| Plaintiff | ) Civil Action No.: 06-0955 (CKK) |
| v. | ) |
| DOUGLAS F. SMALL, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant[1] respectfully moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a short extension of time until September 14, 2006 to file a reply in support of Defendant's Motions to Dismiss and to Amend the Case Caption. According to the certificate of service attached to plaintiff's opposition, plaintiff served the combined opposition brief on August 24, 2006. Accordingly, defendant's replies are currently due on September 5, 2006. Plaintiff, who has represented that she is an attorney and is representing herself in this matter, graciously consents to the relief being sought. This is defendant's first request for an enlargement of time in this case and the grounds are set forth below.

---

[1] Defendant's pending motions contend that the original defendant, Douglas F. Small, was automatically replaced as defendant by the United States by virtue of the certification that Mr. Small was acting within the scope of his employment at the time of the events alleged in the complaint. *See* 28 U.S.C. § 2679(d)(1). Defendant has moved to amend the case caption to reflect the substitution of the United States for Mr. Small as the proper defendant. Although plaintiff apparently disputes that Mr. Small was acting in the scope of his employment, nothing about the filing of this motion should be taken to retreat from the defendant's position that the United States is the sole defendant.

This action involves plaintiff's attempt to bring a claim grounded in an assault arising out of the conclusion of a business meeting on May 1, 2006 at the Department of Labor where both plaintiff and Mr. Small are employed. After defendant removed the action from the Superior Court for the District of Columbia, defendant opposed plaintiff's request for a preliminary injunction and moved to dismiss this case. Then, on July 10, 2006, plaintiff and counsel for defendant appeared in Court for a scheduling conference and the Court set a schedule for further briefing. Subsequently, with defendant's consent, plaintiff extended the time for her responses until August 25, 2006.

Good cause exists for the short extension being sought because defense counsel has been unavailable to prepare the replies. Plaintiff served her opposition brief while counsel for defendant was out of the office. Undersigned counsel with daily responsibility for this matter was out from August 24, 2006 until she returned to the office on September 5, 2006, the day the reply briefs were due, and did not discover that plaintiff had served the briefs until well into the afternoon. In any event, one partial day is insufficient for drafting the reply briefs and consulting with personnel at the Department of Labor. In addition, although this matter is a priority and will receive some immediate attention, defense counsel must devote much of this week to preparing for an argument in the United States Court of Appeals for the District of Columbia Circuit on Friday, September 8, 2006.

This motion is being filed in good faith and a short extension will not unfairly prejudice plaintiff or interfere significantly with the schedule established by the Court or its ultimate resolution of this case. Resolution of the pending motion to dismiss will likely affect other matters in this case.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing a reply brief in support of their motions to dismiss and to amend the case caption be extended to and including September 14, 2006. A draft order is attached.

Dated: September 5, 2006.

>Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

## CERTIFICATE OF SERVICE

    I certify that I caused a copy of the foregoing **Defendant's Consent Motion for Enlargement of Time** to be served by first class mail upon Plaintiff, pro se, at:

Eleanor Lauderdale
901 Northwest Drive
Silver Spring, Maryland 20901


on this 5th day of September, 2006.


        /s/
    JANE M. LYONS, D.C. Bar # 451737
    Assistant United States Attorney