UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELEANOR LAUDERDALE,                      )
                                         )
            Plaintiff                    )          Civil Action No.: 06-0955 (CKK)
                                         )
        v.                               )
                                         )
DOUGLAS F. SMALL,                        )
                                         )
            Defendant.                   )
                                         )

## ORDER

UPON CONSIDERATION of defendant's first consent motion for enlargement of time to file reply briefs in support of the pending motions to dismiss and to amend the case caption and the entire record in this matter, the Court finds that good cause exists for the relief sought. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including September 14, 2006 to file reply briefs in support of the motion to dismiss and to amend the case caption.


_____                    _____
Date                                       COLLEEN KOLLAR-KOTELLY
                                           United States District Judge


**Copies:**
Through ECF to:  AUSA Jane M. Lyons (jane.lyons@usdoj.gov)

Through U.S. Mail to:
Eleanor Lauderdale
901 Northwest Drive
Silver Spring, Maryland 20901