September 11, 2006

Nancy Mayer Wittington
Clerk of the Court
U.S. District Court for
    the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Dear Ms. Wittington:

   **RE:** Case # 1:06-cv-00955-CKK (*Lauderdale* v. *Small*)

On August 7, 2006, I filed two motions for extension of time within which to respond to pleadings filed in the above referenced case. I sought an extension from August 11th to August 25th. My responsive pleading was filed on August 24, 2006, and on August 28$^{th,}$ I received your answer to my motions, granting the requested extension of time.

In your response you noted that, pursuant to the Local Rules, I am obliged to confer with opposing counsel and state counsel's position in any future motions for extension of time. Your statement is inexplicable, given that this is exactly what I did. Before filing my motions, I contacted Assistant U.S. Attorney Jane Lyons on Monday, August 7, 2006, and inquired as to whether she would object to my request for an extension of time. She stated that she had no objection. (I am sure that Ms. Lyons will confirm this conversation.) Thus, I would draw your attention to Plaintiff's Motion for Extension of Time To File Response, wherein at page 2, item number 4, I noted the following:

> On Monday August 7, 2006, Plaintiff spoke with Jane Lyons, Assistant U.S. Attorney for the District of Columbia who does NOT OPPOSE this motion to extend.

Further, Plaintiff's Motion for Extension of Time To Respond to Defendant's Opposition To Request For Relief, at page 2, item number 4, states as follows:

> On Monday August 7, 2006, Plaintiff spoke with Jane Lyons, Assistant U.S. Attorney for the District of Columbia who is NOT OPPOSED to [the] granting [of] the Plaintiff's motion for an extension of time to respond to the memorandum in Opposition to Relief.

Thus, it is not clear as to why I have been admonished as to the proper procedure for filing a motion for extension of time. Can the granting of the motion for an extension of time be corrected to show that I did follow the Local Rules?

Thank you for your attention to this matter.

Eleanor Lauderdale
*Pro se*

Cc: Jane M. Lyons
   Assistant U.S. Attorney

**RECEIVED**

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT