UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR LAUDERDALE,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUGLAS F. SMALL,<br><br>   Defendant. | Civil Action No.  06-955 (CKK) |

**ORDER**
(March 12, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 12th day of March, 2007, hereby

ORDERED that Defendant's [4] Motion to Amend Case Caption is GRANTED; it is also

ORDERED that Defendant's [3] Motion to Dismiss is GRANTED; it is also

ORDERED that this case is DISMISSED in its entirety.

SO ORDERED.

*This is a final, appealable order.*

                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge